United States District Court
Southern District of Texas
**ENTERED**
October 05, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN WOODS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-2568 |
| | § | |
| TEMPOE, LLC D/B/A WHY NOT LEASE | § | |
| IT, LLC, | § | |
| | § | |
| Defendant. | § | |

## <u>ORDER OF DISMISSAL</u>

In accordance with the Stipulation of Dismissal with prejudice, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

THIS IS A FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties a true copy.

**SIGNED** on this _____ day of October, 2017, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**